ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :

    - v. -                              :        <u>UNSEALING ORDER</u>

ROBERT COPLAN,                       :        07 Cr. 453
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and                 :
BRIAN VAUGHN,
                                     :
    Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Upon the application of the United States of America, by and through Assistant United States Attorney Deborah E. Landis;

    It is found that the Indictment in the above-captioned action is currently sealed and that the United States Attorney's Office has applied to have that Indictment unsealed; and it is therefore

    Ordered that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
         May 30, 2007

                                                                                    UNITED STATES MAGISTRATE JUDGE

                                                                            ANDREW J. PECK
                                                     UNITED STATES MAGISTRATE JUDGE
                                                     SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 0 2007