UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : DEFENDANTS' MOTION |
| - v. - | : TO WAIVE APPEARANCE |
| | AT JULY 10, 2007 STATUS |
| ROBERT COPLAN, | : CONFERENCE |
| MARTIN NISSENBAUM, | : |
| RICHARD SHAPIRO, and | : 07 Cr. 453 (SHS) |
| BRIAN VAUGHN, | : |
| | : |
| Defendants. | : |

------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed affidavit of counsel, and pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, the defendants respectfully move the Court to accept waivers of their right to attend the status conference scheduled for July 10, 2007 at 2 o'clock in the afternoon.

Dated:  New York, New York
        July 3, 2007

                                    Respectfully submitted,

                                    _____
                                    PAUL B. BERGMAN, ESQ. (PB 0502)
                                    950 Third Avenue
                                    New York, New York 10022
                                    Tel. No.: 212-355-7711
                                    Fax No.: 212-755-5509
                                    E-mail: berglaw@mindspring.com

TO:  Clerk of the Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165
    *Counsel for Martin Nissenbaum*

John J. Tigue, Jr., Esq.
Kristy Watson Milkov, Esq.
Morvillo, Abramowitz, Grand
    Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
    *Counsel for Richard Shapiro*

Paula M. Junghans, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036
    *Counsel for Robert Coplan*

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Butler, Snow, O'Mara,
    Stevens & Cannada, PLLC
P.O. Box 22567,
210 E. Capitol Street, 17th Floor
AmSouth Plaza Building
Jackson, MS 39225-2567
    *Counsel for Brian Vaughn*