## CERTIFICATE OF SERVICE

I, Paul B. Bergman, local counsel for Brian Vaughn, do hereby certify that on July 3, 2007, I caused to be served a copy of the within Defendants' Motion to Waive Appearance at July 10, 2007 Status Conference, and Supporting Affidavit of Paul B. Bergman, Esq., on the following attorneys through the ECF filing system for the Southern District of New York.

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

John J. Tigue, Jr., Esq.
Kristy Watson Milkov, Esq.
Morvillo, Abramowitz, Grand
   Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017

Paula M. Junghans, Esq.
Zuckerman Spaeder, L.L.P.
1800 M Street, N.W. Suite 1000
Washington, D.C. 20036

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
   & Cannada, PLLC
P.O. Box 22567,
210 E. Capitol Street, 17th Floor
AmSouth Plaza Building
Jackson, MS 39225-2567

_____
PAUL B. BERGMAN