UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER WAIVING DEFENDANTS' |
| ) | APPEARANCE AT JULY 10, 2007 |
| ROBERT COPLAN, ) | STATUS CONFERENCE |
| MARTIN NISSENBAUM, ) | |
| RICHARD SHAPIRO, and ) | 07 CR 453 (SHS) |
| BRIAN VAUGHN, ) | |
| ) | |
| Defendants. ) | |

Upon Defendant's Motion to Waive Appearance at July 10, 2007 Status Conference,

**IT IS HEREBY ORDERED** that the Defendants' appearance at the status conference scheduled for July 10, 2007 at 2 p.m. is WAIVED.

Dated: New York, New York
        July    , 2007

_____
UNITED STATES DISTRICT JUDGE

1375579.1