UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER ADMITTING |
| ) | PAULA JUNGHANS |
| ROBERT COPLAN, ) | *PRO HAC VICE* |
| MARTIN NISSENBAUM, ) | |
| RICHARD SHAPIRO, and ) | 07 Cr. 453 (SHS) |
| BRIAN VAUGHN, ) | |
| ) | |
| Defendants. ) | |

Upon the motion of John J. Tigue, Jr., attorney for Richard Shapiro, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Paula M. Junghans
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC, 20036
Tel:   202-778-1850
Fax:   202-822-8106
E-Mail:   pjunghans@zuckerman.com

is admitted to practice *pro hac vice* as counsel for Robert Coplan in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~June~~ July 9, 2007
New York, New York

_____
United States District Judge

1354569.1