UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION FOR ADMISSION |
| | ) | OF MORRIS (SANDY) WEINBERG, JR. |
| ROBERT COPLAN, | ) | *PRO HAC VICE* |
| MARTIN NISSENBAUM, | ) | |
| RICHARD SHAPIRO, and | ) | 07 Cr. 453 (SHS) |
| BRIAN VAUGHN, | ) | |
| | ) | |
| Defendants. | ) | |

———————————————————————

PLEASE TAKE NOTICE that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elkan Abramowitz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Morris (Sandy) Weinberg, Jr., Esq.
> Zuckerman Spaeder LLP
> 101 East Kennedy Boulevard, Suite 1200
> Tampa, FL 33602
> (ph) 813-221-1010
> (fax) 813-223-7961
> sweinberg@zuckerman.com

Mr. Weinberg is a member in good standing of the Bars of the District of Columbia, Florida, and Georgia. There are no pending disciplinary proceeding against Mr. Weinberg in any State or Federal court.

1394035.1

Dated: August 14, 2007

New York, New York

                                        Respectfully submitted,

                                        Elkan Abramowitz
                                        Morvillo, Abramowitz, Grand, Iason,
                                        Anello & Bohrer P.C.
                                        565 Fifth Avenue
                                        New York, NY 10017
                                        Phone:  212-856-9600
                                        Fax:     212-856-9494

1394035.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | AFFIDAVIT OF ELKAN |
| ) | ABRAMOWITZ IN SUPPORT OF |
| ROBERT COPLAN, ) | MOTION TO ADMIT |
| MARTIN NISSENBAUM, ) | MORRIS (SANDY) WEINBERG, JR. |
| RICHARD SHAPIRO, and ) | *PRO HAC VICE* |
| BRIAN VAUGHN, ) | |
| ) | 07 Cr. 453 (SHS) |
| Defendants. ) | |

STATE OF NEW YORK      :
                       : ss.:
COUNTY OF NEW YORK     :

Elkan Abramowitz, being duly sworn, hereby deposes and says as follows:

1.  I am a partner in the firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., attorneys for Defendant Richard Shapiro in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Morris (Sandy) Weinberg, Jr., as counsel *pro hac vice* to represent Defendant Robert Coplan in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1964. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Morris (Sandy) Weinberg, Jr. for approximately ten years.

4.  Mr. Weinberg is a partner in the Tampa office of the firm of Zuckerman Spaeder LLP. He has handled numerous cases in federal courts through the United States, including *United States vs. Marc Rich*. He is admitted to the bars of the United States

1354573.1

District Court for the Middle District of Florida, Southern District of Florida and Northern District of Florida. He is also admitted to practice before the Eleventh Circuit Court of Appeal. From 1979 to 1985, Mr. Weinberg served as an Assistant United States Attorney for the Southern District of New York.

5. I have found Mr. Weinberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Certificates of Good Standing from the District of Columbia and the States of Florida and Georgia are attached hereto as Exhibits A, B, and C, respectively.

6. Accordingly, I am pleased to move for the admission of Morris (Sandy) Weinberg, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Morris (Sandy) Weinberg, Jr., *pro hac vice*, which is attached hereto as Exhibit D.

WHEREFORE it is respectfully requested that the motion to admit Morris (Sandy) Weinberg, Jr., *pro hac vice*, to represent Defendant Robert Coplan in the above-captioned matter, be granted.

Sworn to before me this
14th day of August, 2007

_____
Notary Public

_____
Elkan Abramowitz

VALERIE J. COHEN
NOTARY PUBLIC, State of New York
No. 01CO4997886
Qualified in Suffolk County
Commission Expires: June 15, 2010

2

1354573.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>v.  )<br>  )<br>ROBERT COPLAN,  )<br>MARTIN NISSENBAUM,  )<br>RICHARD SHAPIRO, and  )<br>BRIAN VAUGHN,  )<br>  )<br>       Defendants.  )<br>  ) | **ORDER ADMITTING**<br>**MORRIS (SANDY) WEINBERG, Jr.**<br>***PRO HAC VICE***<br><br>07 CR 453 (SHS) |

Upon the motion of Elkan Abramowitz of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., attorneys for Richard Shapiro, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Morris (Sandy) Weinberg, Jr., Esq.
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, FL 33602
(ph) 813-221-1010
(fax) 813-223-7961
sweinberg@zuckerman.com

is admitted to practice *pro hac vice* as counsel for Robert Coplan in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007
New York, New York

_____
United States District Judge

1393989.1



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, CARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MORRIS WEINBERG, JR.

was on the  30TH  day of  JULY, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 1, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida        )

County of Leon        )

       In Re: 486401
          Morris Weinberg, Jr.
          Zuckerman Spaeder et al.
          101 E. Kennedy Blvd, Ste 1200
          Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 25, 1985.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this __31ST__ day of July, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvt6/R10

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Morris Weinberg Jr.
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, FL 33602

**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   11/07/1975

**Attorney Bar Number:**   746050

Today's Date:   July 26, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

## CERTIFICATE OF SERVICE

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on August 14, 2007, I caused to be served a copy of the within Motion for Admission of Morris (Sandy) Weinberg, Jr. *Pro Hac Vice* on the following attorneys via FedEx.

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165

Paul B. Bergman, Esq.
950 Third Avenue
New York, NY 10022

Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
 & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

Paula M. Junghans, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

_____
Kristy Watson Milkov

1394017.1