UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, )
)
v. )
)
ROBERT COPLAN, )
MARTIN NISSENBAUM, )
RICHARD SHAPIRO, and )
BRIAN VAUGHN, )
)
           Defendants. )
)

**ORDER ADMITTING
MORRIS (SANDY) WEINBERG, Jr.
*PRO HAC VICE*

07 CR 453 (SHS)**

Upon the motion of Elkan Abramowitz of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., attorneys for Richard Shapiro, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Morris (Sandy) Weinberg, Jr., Esq.
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, FL 33602
(ph) 813-221-1010
(fax) 813-223-7961
sweinberg@zuckerman.com

is admitted to practice *pro hac vice* as counsel for Robert Coplan in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 21, 2007
New York, New York

_____
United States District Judge

1393989.1