UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES OF AMERICA           :

    - v. -                         :          ORDER

ROBERT COPLAN,                     :          (S1) 07 Cr. 453 (SHS)
MARTIN NISSENBAUM,
RICHARD SHAPIRO,                   :
BRIAN VAUGHN,
DAVID L. SMITH, and                :
CHARLES BOLTON,
                                   :
    Defendants.
                                   :
-------------------------------x

IT IS HEREBY ORDERED, on consent of the parties, that the two-page document ordering the Impaneling of the August 2006 Special Grand Jury and the one-page document ordering the extension of that Special Grand Jury shall be unsealed for the limited purpose of producing them to the defendants in the above-captioned matter.

Dated: New York, New York
       April 30, 2008

/s/ Sidney H. Stein

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE