UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | DECLARATION OF |
| - v. - | : | PAULA M. JUNGHANS, ESQ., IN |
| | : | SUPPORT OF ROBERT COPLAN'S |
| ROBERT COPLAN, | : | MOTION TO DISMISS COUNTS |
| MARTIN NISSENBAUM, | : | FIVE AND ELEVEN OF |
| RICHARD SHAPIRO, | : | THE SUPERSEDING INDICTMENT |
| BRIAN VAUGHN, | : | |
| DAVID SMITH, and | : | (S1) 07 Cr. 453 (SHS) |
| CHARLES BOLTON, | : | |
| | : | |
| Defendants. | : | |

------------------------------------x

PAULA M. JUNGHANS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am admitted to this Court *pro hac vice* and am a partner of the firm Zuckerman Spaeder LLP, counsel for defendant Robert Coplan in the above-captioned matter. I submit this Declaration in support of Mr. Coplan's Motion to Dismiss Count Five and Count Eleven of the Superseding Indictment.

2. I also submit this Declaration to place before the Court true and correct copies of the following documents:

   Exhibit A   Transcript of Deposition of Mr. Coplan in *In re Liability of Ernst & Young for IRC Sections 6707 and 6708 Penalties* (Washington D.C. June 20, 2002) (relevant excerpts).

   Exhibit B   U.S. Individual Tax Return for 2000, Form 1040, for Robert Coplan, signed April 12, 2001 (redacted to remove personal identifying information for Mr. Coplan and family members).

3. I declare under penalty of perjury that the foregoing is true and correct.

2

Dated: May 5, 2008
      Washington, DC

                                                  /s/    Paula M. Junghans
                                                  Paula M. Junghans (admitted *pro hac vice*)