# EXHIBIT A

ROBERT B. COPLAN

In the Matter of: Liability of Ernst & Young                                     6/20/2002

```
                                                                    1

 1              UNITED STATES DEPARTMENT OF THE TREASURY

 2                       INTERNAL REVENUE SERVICE

 3       - - - - - - - - - - - - - - - - - )

 4       In the Matter of:                  )

 5       The Liability of Ernst & Young for )

 6       IRC Sections 6707 and 6708         )

 7       penalties.                         )

 8       - - - - - - - - - - - - - - - - - )

 9                                        Washington, D.C.

10                                        Thursday, June 20, 2002

11       Deposition of:

12               ROBERT B. COPLAN,

13       a witness called in the above-entitled action, before

14       CHERYL A. LORD, RPR, CRR, a notary public in and for

15       the District of Columbia, taken at McKEE NELSON LLP,

16       1919 M Street, N.W., Suite 800, Washington, D.C.,

17       beginning at 9:10 a.m.

18

19

20

21

22
```

**ROBERT B. COPLAN**

In the Matter of: Liability of Ernst & Young                                      6/20/2002

---

Page 2

```
 1   APPEARANCES:
 2
 3       On behalf of Ernst & Young:
 4       GERALD A. KAFKA, ESQUIRE
 5       MICHAEL J. DESMOND, ESQUIRE
 6       RONALD L. BUCH JR., ESQUIRE
 7       McKEE NELSON LLP
 8       1919 M Street, N.W., Suite 800
 9       Washington, D.C. 20036
10       (202) 775-1880
11       mdesmond@mckeenelson.com
12
13       On behalf of Internal Revenue Service:
14       MAUREEN LOVIGLIO, IRS Senior Analyst
15       (212) 298-2195
16       VIVIANA TAVERNA, ESQUIRE
17       (212) 436-1508
18       INTERNAL REVENUE SERVICE
19       290 Broadway
20       New York, NY 10007
21       Viviana.a.Taverna@IRSCounsel.Treas.gov
22
```

Page 3

```
 1   APPEARANCES (CONTINUED):
 2
 3       and
 4       JON ZELNIK, ESQUIRE
 5       Senior Legal Counsel, CC:LM
 6       1111 Constitution Avenue, N.W.
 7       Washington, D.C. 20224
 8       (202) 283-8627
```

Page 4

```
 1                  INDEX
 2
 3   Witness:                    Page
 4   ROBERT B. COPLAN
 5   Examination by:
 6   Ms. Loviglio                   5
 7   Ms. Taverna                   43
 8   Mr. Zelnik                    80
 9   Ms. Taverna                  117
10   Mr. Zelnik                   149
11   Ms. Taverna                  156
12   Mr. Zelnik                   161
13   Ms. Taverna                  167
14
15
16
17              EXHIBITS
18         (No exhibits were marked.)
```

Page 5

```
 1              PROCEEDINGS
 2   Whereupon,
 3            ROBERT B. COPLAN
 4   was called as a witness and, having first been duly
 5   sworn, was examined and testified as follows:
 6
 7              EXAMINATION
 8   BY MS. LOVIGLIO:
 9       Q. As you know, we're conducting an
10   examination of -- on -- with respect to tax shelters
11   and the requirements under 6707 and 6708, and we just
12   want to ask you a few questions and get some
13   background information first.
14       Since completing your education, where
15   have you worked?
16       A. After law school, I went to the IRS in the
17   legislation and regulations division. I spent 9
18   years there, ending up as the chief of the branch,
19   the rights (phonetic) estate and gift tax
20   regulations --
21       THE COURT REPORTER: The what?
22       Speak up, please.
```

2 (Pages 2 to 5)

**166**

1  vehicle for them.
2      Q. What do you consider the advantages of the
3  S corporation --
4          MR. DESMOND: To the except this gets into
5  potential 75-25 advice to particular clients on which
6  strategy they should use, I just caution him in
7  general terms it's fine to answer the questions as
8  long as that's the context that you're asking about.
9          BY MR. ZELNIK:
10     Q. In general terms, what's the advantage of
11 an S corporation over a partnership?
12     A. Just management flexibility in some cases,
13 and in a lot of cases, it's interchangeable, I agree,
14 but the rules that apply for the use of partnerships
15 are different.
16     Q. Who approached Arnold & Porter about the
17 transaction?
18         Was it someone at E and Y, or was it
19 someone at Bricolage?
20     A. Bricolage.
21     Q. When Bricolage approached you, had they
22 already approached Arnold & Porter?

**167**

1      A. They had a relationship with Arnold &
2  Porter.
3      Q. Did you see a draft -- or a legal opinion
4  from Arnold & Porter, either a final or a draft legal
5  opinion on the transaction at the time Bricolage
6  approached you?
7      A. Not at the time we were approached, I
8  don't think. Again, though, that was similar. That
9  came later.
10     Q. The opinion came later?
11     A. (Nodding head.)
12     Q. Would you have seen a draft opinion before
13 clients invested in the transaction?
14     A. I don't think so.
15         MR. ZELNIK: I'm done.
16
17         FURTHER EXAMINATION
18         BY MS. TAVERNA:
19     Q. Actually, something did come up.
20         How was your compensation based?
21     A. Me?
22     Q. M-hm.

**168**

1      A. Just like all the partners in the firm,
2  the powers that be decide how much I get.
3      Q. What about at the time that the equity
4  swap transactions, the Bolton transactions and
5  Bricolage transactions were implemented?
6          Was your fee -- was your compensation
7  based the same as it is now?
8      A. Woefully short of what I would like to be
9  getting.
10         No.
11         It's straight partner decision. It's kind
12 of based on time as a partner and --
13     Q. Was it ever directly connected to the fees
14 received for these transactions?
15     A. Never.
16         MS. TAVERNA: That's it. I'm done. Okay.
17 I think that's it. Yes.
18         MR. DESMOND: Great.
19         (Whereupon, at 1:05 p.m., the deposition
20 of ROBERT B. COPLAN was concluded.)
21
22

**169**

1          CERTIFICATE OF DEPONENT
2
3          I hereby certify that I have read the
4  foregoing pages of my deposition testimony in this
5  proceeding, and with the exception of changes and/or
6  corrections, if any, find them to be a true and
7  correct transcription thereof.
8
9          _____
10                    Deponent
11
12         _____
13                     Date
14
15         NOTARY PUBLIC
16         Subscribed and sworn to before me
17 this _____ day of _____, 20____.
18
19
20
21
22

SDNY-00000124

ROBERT B. COPLAN
In the Matter of: Liability of Ernst & Young                           6/20/2002

```
                                    170
 1         CERTIFICATE OF COURT REPORTER
 2   UNITED STATES OF AMERICA )
 3   DISTRICT OF COLUMBIA     )
 4         I, CHERYL A. LORD, the reporter before
 5   whom the foregoing deposition was taken, do hereby
 6   certify that the witness whose testimony appears in
 7   the foregoing deposition was sworn by me; that the
 8   testimony of said witness was taken by me in machine
 9   shorthand and thereafter transcribed by
10   computer-aided transcription; that said deposition is
11   a true record of the testimony given by said witness;
12   that I am neither counsel for, related to, nor
13   employed by any of the parties to the action in which
14   this deposition was taken; and, further, that I am
15   not a relative or employee of any attorney or counsel
16   employed by the parties hereto, or financially or
17   otherwise interested in the outcome of this action.
18
19              CHERYL A. LORD
20           Notary Public in and for the
21              District of Columbia
22   My Commission expires April 30, 2006
```

44 (Page 170)

Olender Reporting, Inc.      Toll Free:          (888) 445-3376
Washington, D.C.             Baltimore, MD       Boca Raton, FL

SDNY-00000125