UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA, :
: 
       - v. - :    ORDER GRANTING MOTION OF
:    ROBERT COPLAN TO DISMISS
:    COUNTS FIVE AND ELEVEN OF
ROBERT COPLAN, :    THE SUPERSEDING INDICTMENT
MARTIN NISSENBAUM, :
RICHARD SHAPIRO, :    (S-1) 07 Cr. 453 (SHS)
BRIAN VAUGHN, :
DAVID SMITH, and :
CHARLES BOLTON, :
:
             Defendants. :

------------------------------------- x

      Upon the Motion of Robert Coplan to Dismiss Counts Five and Eleven of the Superseding Indictment ("Motion"), and upon consideration of all submissions in support thereof and in opposition thereto, it is hereby

      ORDERED that the Motion is GRANTED; and it is further

      ORDERED that Counts Five and Eleven of the superseding indictment are hereby DISMISSED.

Dated: _____, 2008
New York, New York

                                              _____
                                              The Honorable Sidney H. Stein
                                              United States District Judge

TO:

    LAUREN GOLDBERG, ESQ.
    MARSHALL A. CAMP, ESQ.
    Assistant United States Attorneys
    Southern District of New York
    (By ECF)

    ALL DEFENSE COUNSEL OF RECORD
    (By ECF)