**CERTIFICATE OF SERVICE**

I, Andrew N. Goldfarb, hereby certify that on May 5, 2008, a copy of the Notice of Motion of Robert Coplan to Dismiss Counts Five and Eleven of the Superseding Indictment, Memorandum of Law and Declaration of Paula M. Junghans in support thereof, all exhibits thereto, and a proposed order were served via Electronic Case Filing on the following:

*Attorneys for United States of America*:

Lauren Goldberg, Esq.
Marshall A. Camp, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

*Attorneys for Defendant Richard Shapiro*:

John J. Tigue, Jr., Esq.
Kristy Watson Milkov, Esq.
Morvillo, Abramowitz, Grand,
 Iason, Bohrer & Anello, P.C.
565 Fifth Avenue
New York, New York 10017

*Attorneys for Defendant Martin Nissenbaum*:

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Isabelle Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165

*Attorneys for Defendant Charles Bolton*:

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

*Attorneys for Defendant Brian Vaughn*:

Paul B. Bergman, Esq.
950 Third Avenue
New York, NY 10022

James Tucker, Esq,.
Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
 & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

/s/ Andrew N. Goldfarb
Andrew N. Goldfarb (admitted *pro hac vice*)