## CERTIFICATE OF SERVICE

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on May 5, 2008, I caused to be served a copy of the Notice of Discovery Motions Filed on Behalf of All Defendants, the Memorandum of Law and Affidavit of John J. Tigue, Jr. in support of that motion, and all exhibits to the Affidavit of John J. Tigue Jr. on the following attorneys through the ECF filing system for the Southern District of New York.

> Lauren Goldberg, Esq.
> Marshall Camp, Esq.
> Assistant U.S. Attorneys
> Southern District of New York
> One St. Andrew's Plaza
> New York, NY 10007
>
> Paula M. Junghans, Esq.
> Andrew N. Goldfarb, Esq.
> Zuckerman Spaeder LLP
> 1800 M Street, NW, Suite 1000
> Washington, DC 20036
>
> Charles E. Clayman, Esq.
> Brian D. Linder, Esq.
> Isabelle Kirshner, Esq.
> Clayman & Rosenberg
> 305 Madison Avenue
> New York, NY  10165
>
> Paul B. Bergman, Esq.
> 950 Third Avenue
> New York, NY  10022
>
> Peter H. Barrett, Esq.
> Butler, Snow, O'Mara, Stevens
>   & Cannada, PLLC
> P.O. Drawer 4248
> Gulfport, MS  39502

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/ Kristy Watson Milkov
Kristy Watson Milkov

2

1379326.1