UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA,                         :
                                                  :
                        - v. -                     :
                                                  :
ROBERT COPLAN,                                    :
MARTIN NISSENBAUM,                                :
RICHARD SHAPIRO,                                  :
BRIAN VAUGHN,                                     :
DAVID L. SMITH, and                               :
CHARLES BOLTON,                                   :
                                                  :
                        Defendants.                :
------------------------------------------------------------ x

NOTICE OF PRE-TRIAL
MOTIONS FILED ON BEHALF OF
DEFENDANT RICHARD SHAPIRO

(S1) 07 Cr. 453 (SHS)

PLEASE TAKE NOTICE that upon the annexed affidavit of John J. Tigue, Jr.,

sworn to May 5, 2008, and the exhibits thereto; the annexed affidavit of Richard Shapiro, sworn

to May 5, 2008; the accompanying Memorandum of Law; and all other papers and proceedings

herein, defendant Richard Shapiro will move this Court, before the Hon. Sidney H. Stein, United

States District Judge for the Southern District of New York, at the United States Courthouse, 500

Pearl Street, New York, New York, at such date and time as the Court may direct, for the

following relief:

1.     For an Order, pursuant to Rule 7(f) of the Federal Rules of Criminal

Procedure, directing the government to provide a bill of particulars addressing, with respect to

each of the tax shelters as to which the government intends to offer proof at trial, whether the

government alleges that the tax shelter was fraudulent as designed and approved, and if so, in

what respects;

2.     For an Order dismissing Counts Two, Three, Four and Seven of the

Superseding Indictment (the õIndictmentö) to the extent those counts allege fraud in the design of

tax shelter transactions on the ground that the Indictment fails to allege a willful violation of a

known legal duty, or pursuant to the Due Process Clause of the Fifth Amendment;

      3.     For an Order, pursuant to Rule 7(d) of the Federal Rules of Criminal

Procedure, striking surplusage from the Indictment;

      4.     For an Order according him such other relief as may be warranted by the

motions of his co-defendants, to the extent applicable to him; and

      5.     For such other and further relief as the Court may deem just and proper.

Dated: May 5, 2008
     New York, New York

                    MORVILLO, ABRAMOWITZ, GRAND,
                     IASON, ANELLO & BOHRER, P.C.


                    /s/ John J. Tigue, Jr.
                    John J. Tigue, Jr. (JT-4818)
                    Jeremy H. Temkin (JT-9118)
                    Kristy Watson-Milkov (KM-1705)

                    565 Fifth Avenue
                    New York, New York 10017
                    Telephone:  (212) 856-9600
                    Facsimile :  (212) 856-9494

                    *Attorneys for Richard Shapiro*