UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | ORDER GRANTING MOTION OF |
| - v. - | : | ROBERT COPLAN TO DISMISS |
| | : | COUNTS FIVE AND ELEVEN OF |
| ROBERT COPLAN, | : | THE SUPERSEDING INDICTMENT |
| MARTIN NISSENBAUM, | : | |
| RICHARD SHAPIRO, | : | (S-1) 07 Cr. 453 (SHS) |
| BRIAN VAUGHN, | : | |
| DAVID SMITH, and | : | |
| CHARLES BOLTON, | : | |
| | : | |
| Defendants. | : | |

------------------------------------- x

Upon the Motion of Robert Coplan to Dismiss Counts Five and Eleven of the Superseding Indictment ("Motion"), and upon consideration of all submissions in support thereof and in opposition thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Counts Five and Eleven of the superseding indictment are hereby DISMISSED.

Dated: _____, 2008
New York, New York

_____
The Honorable Sidney H. Stein
United States District Judge

TO:
    LAUREN GOLDBERG, ESQ.
    MARSHALL A. CAMP, ESQ.
    Assistant United States Attorneys
    Southern District of New York
    (By ECF)

    ALL DEFENSE COUNSEL OF RECORD
    (By ECF)