UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,    :

                                :          DECLARATION OF

         - v. -              :          PAULA M. JUNGHANS, ESQ., IN

                                :          SUPPORT OF ROBERT COPLAN'S

ROBERT COPLAN,            :          MOTION TO DISMISS COUNTS

MARTIN NISSENBAUM,      :          FIVE AND ELEVEN OF

RICHARD SHAPIRO,        :         THE SUPERSEDING INDICTMENT

BRIAN VAUGHN,             :

DAVID SMITH, and         :         (S1) 07 Cr. 453 (SHS)

CHARLES BOLTON,        :

                                :

                 Defendants.    :

------------------------------------------x

       PAULA M. JUNGHANS, pursuant to 28 U.S.C. § 1746, declares under penalty of

perjury as follows:

       1.     I am admitted to this Court *pro hac vice* and am a partner of the firm

Zuckerman Spaeder LLP, counsel for defendant Robert Coplan in the above-captioned

matter.  I submit this Declaration in support of Mr. Coplan's Motion to Dismiss Count Five

and Count Eleven of the Superseding Indictment.

       2.     I also submit this Declaration to place before the Court true and correct copies

of the following documents:

      Exhibit A       Transcript of Deposition of Mr. Coplan in *In re Liability of Ernst &*
                          *Young for IRC Sections 6707 and 6708 Penalties* (Washington D.C.
                          June 20, 2002) (relevant excerpts).

      Exhibit B       U.S. Individual Tax Return for 2000, Form 1040, for Robert Coplan,
                          signed April 12, 2001 (redacted to remove personal identifying
                          information for Mr. Coplan and family members).

       3.         I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2008
       Washington, DC

                                             /s/     Paula M. Junghans
                                             Paula M. Junghans (admitted *pro hac vice*)