UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,  :

        - v. -  :  (S-1) 07 Cr. 453 (SHS)

ROBERT COPLAN,  :  **AFFIDAVIT OF**
MARTIN NISSENBAUM,  :  **RICHARD SHAPIRO**
RICHARD SHAPIRO,  :
BRIAN VAUGHN,  :
DAVID L. SMITH, and  :
CHARLES BOLTON,  :

        Defendants.  :

------------------------------------ x


STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

    RICHARD SHAPIRO, being duly sworn, deposes and says:

    1.    I am one of the defendants in <u>United States v. Robert Coplan</u>, (S-1) 07 Cr. 453 (SHS). I make this affidavit in support of my pretrial motions (1) to require the government to specify the nature of the criminality charged in the Superseding Indictment (the "Indictment"); (2) to dismiss certain charges in the Indictment and (3) to strike surplusage from the Indictment.

    2.    I graduated from Brown University in 1970 with a Bachelor of Arts degree in political science. In 1973, I received my Juris Doctor from the Columbia University School of Law, and in 1977, I received a Masters of Law in Taxation from the New York University School of Law.

    3.    Over the past thirty-four years, I have worked as a tax expert in the area of taxation of financial products.

1

4. From 1990 to 1994, I worked at the firm of Grant Thornton LLP, serving as that firm's Director of Tax for the Financial Services Industry Practice. I left Grant Thornton in 1994, and moved to Goldstein Golub Kessler & Co., P.C. My work at both Grant Thornton and Goldstein Golub did not involve tax shelters in any way.

5. I joined Ernst & Young ("E&Y") in 1995. During my thirteen-year tenure at E&Y, I have spent the majority of my time advising other partners' clients on financial products and related transactions and securities taxation. I have been and continue to be a low-ranking partner at E&Y. To my knowledge, I have consistently been within the lowest paid group of partners at the firm. While at E&Y, I have not held any executive title or position. My principal responsibility has been to act as a tax subject matter expert.

_____
RICHARD SHAPIRO

Sworn to before me this
5th day of May, 2008

_____
Notary Public

MAUREEN SMITH
Notary Public, State of New York
No. 01SM5077496
Qualified in Kings County
Commission Expires May 12, 20 11