# EXHIBIT A



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2008

BY FEDERAL EXPRESS

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, D.C. 20036-5802

James Tucker, Esq.
Peter Barrett, Esq.
Butler, Snow, O'Mara, Stevens, and Cannada
AmSouth Plaza
210 East Capitol Street
Suite 1700
Jackson, MS 39201

Howard Heiss, Esq. (By hand)
Mark Racanelli, Esq.
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Charles Clayman, Esq.
Brian Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

John Tigue, Jr., Esq.
Kristy Milkov, Esq.
Morvillo, Abramowitz, Grand,
    Iason, Anello & Bohrer P.C.
565 Fifth Avenue
New York, NY 10017

    Re: <u>United States v. Robert Coplan, et al.</u>
       (S1) 07 Cr. 453 (SHS)

Dear Counsel:

  This is the 29th letter by which we provide discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

  Enclosed please find a disk containing documents recently produced by Deutsche Bank. The documents fall in the Bates ranges DBZ 10297552 - 10298138 and DBZP 10298140 - 10298143. As described by Deutsche Bank, this production consists of ODET tickets relating to

All Counsel                                                                                                    -2-
June 9, 2008

FX digital option and FX swap transactions, an email from Deutsche Bank Alex Brown's San Francisco office, and other documents responsive to unspecified earlier requests for production.

   Today I will be sending over to JAGG additional documents produced recently by UBS. The Bates range is UBSL 7027877 - 7027931. The vast majority of these documents are emails, most (if not all) of which have been produced previously. JAGG will copy these documents and make them available to you. The PO # for this order is 80067.

   We will be producing additional materials on an ongoing basis. As always, please feel free to contact me with any discovery problems that arise.

                Very truly yours,

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York

          By: _____
                DEBORAH E. LANDIS
                Assistant United States Attorney
                (212) 637-2512

Enclosure

cc: AUSA Lauren Goldberg
   AUSA Marshall Camp