## CERTIFICATE OF SERVICE

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on June 16, 2008, I caused to be served a copy of the Reply Memorandum of Law in Further Support of Defendant Richard Shapiro's Pre-Trial Motions, the Reply Memorandum of Law in Further Support of Defendants' Discovery Motions, the Affidavit of Matthew B. Homberger in support of those memoranda and all exhibits to the Affidavit of Matthew B. Homberger on the following attorneys through the ECF filing system for the Southern District of New York.

Lauren Goldberg, Esq.
Marshall Camp, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Paula M. Junghans, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Isabelle Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165

Paul B. Bergman, Esq.
950 Third Avenue
New York, NY 10022

Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
  & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

                                                /s/ Kristy Watson Milkov
                                                Kristy Watson Milkov