```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        07 Cr. 453 (SHS)

      -against-                             :        ORDER

ROBERT COPLAN, *ET AL.*,                 :

      Defendants.                           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that there will be a pretrial conference in this action on Thursday, August 21, 2008, at 10:00 a.m., for the Court to render its decision on defendants' pending motions. Counsel who wish to appear by phone may do so by jointly arranging a conference call to 212-805-0087 on that date and time.

Dated: New York, New York
      August 15, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.